IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-CR-20018 |
| ) | |
| MICHAEL L. DENIGHT, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On August 12, 2013, this Court entered a Preliminary Order of Forfeiture and Seizure pursuant to the provisions of 18 U.S.C. §2253 based upon the defendant Michael L. Denight's plea and stipulation to the conduct which forms the basis of the forfeiture allegations of the Indictment;

Commencing on August 16, 2013 and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

On September 10, 2013, the Defendant filed a Motion asking this Court to vacate the Preliminary Order of Forfeiture entered herein on August 12, 2013, stating that the following items were not used in the commission of the offenses to which he pled guilty

and were not traceable to proceeds of any such offense (the items listed herein are identified by the subparagraph assigned to that property in the forfeiture allegation of the Indictment):

    (a)    One (1) gray LG Flip Phone with the number 217-649-4769;

    (b)    One (1) black and silver 8 GB Zune Player, Serial No. 195944374515;

    (c)    One (1) black Western Digital External Hard Drive, Serial No. WXC70719689;

    (d)    One (1) Samsung 300 GB Hard Drive, Serial No. S0D7J13LA01382;

    (e)    One (1) black Western Digital My Passport External Hard Drive with universal serial bus 3.0 cable, Serial No. WXE1AC0R6201;

    (f)    One (1) black Western Digital External Hard Drive, Serial No. WXE507339424;

    (h)    One (1) black and orange DV90 Mini Digital Recorder;

    (i)    One (1) black and orange DV90 Mini Digital Recorder with black tape around the body and universal serial bus cord;

    (l)    One (1) black SanDisk 1 GB Flash Memory Stick, Serial No. BB070313B; and

    (o)    One (1) Seagate 100 GB Hard Drive, Serial No. 5LZ24QTX.

On October 17, 2013, the Government filed a response to Defendant's Motion and moved for an Amended Preliminary Order of Forfeiture based upon the parties' resolution of the Defendant's motion and agreement as to forfeiture.

On October 21, 2013, this Court entered an Amended Preliminary Order of Forfeiture based upon the parties' agreement as to forfeiture of the items identified in the forfeiture allegations of the Indictment.

This Court has been advised that no other petitions or claims have been filed by any third party.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All right, title and interest in and to the following property (identified by sub-paragraphs recited in the forfeiture allegation of the Indictment) is hereby forfeited to the United States:

   (c) One (1) black Western Digital External Hard Drive, Serial No. WXC70719689;

   (g) One (1) black and orange Sony 8 GB Flash Memory Stick, Serial No. O8916FDD;

   (m) One (1) silver and black Sony 4 GB Flash Memory Stick, Serial No. 07602EDCV;

   (o) One (1) Seagate 100 GB Hard Drive, Serial No. 5LZ24QTX; and

   (p) One (1) black Compaq Presario Laptop Computer with power cord, Serial No. CNF716329W.

2. The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

3. The United States 'claim for forfeiture of the following items is hereby voluntarily dismissed and said items shall be returned to the Defendant's family:

(b)   One (1) black and silver 8 GB Zune Player, Serial No. 195944374515;

(d)   One (1) Samsung 300 GB Hard Drive, Serial No. S0D7J13LA01382; and

(f)   One (1) black Western Digital External Hard Drive, Serial No. WXE507339424;

(l)   One (1) black SanDisk 1 GB Flash Memory Stick, Serial No. BB070313B; and

(s)   One (1) black and silver SanDisk e260 4GB Media Player.

4.   The United States' claim for forfeiture of the following items is hereby voluntarily dismissed, and said items, which are the property of Defendant's former employer, U.S. Army Corps of Engineers, Construction Engineering Research Laboratory, shall be returned to that Agency:

(n)   (One (1) purple 128 GB Flash Memory Stick, Serial No. G500022295124;

(q)   One (1) silver Dell Optiplex 745 Computer with power cord, Serial No. BFFP6D;

(u)   One (1) gray Sony Video Hi8 Video Cassette Recorder with tape in the player and battery, Serial No. 18033;

(v)   One (1) Sony InfoLithium Charger and Battery;

(w)   Eleven (11) assorted Hi8 Cassette Tapes;

(x)   Three (3) min Digital Videotapes;

(y)   One (1) tan 2.4 gigahertz Audio Video Receiver, Serial No. 2402010589;

(z)   One (1) tan 2.4 gigahertz Audio Video Receiver, Serial No. 240201057;

(aa)  One (1) tan 2.4 gigahertz Audio Video Receiver, Serial No. 2402010586;

(bb) One (1) tan 2.4 gigahertz Audio Video Receiver, Serial No. 240201059;

(cc) One (1) white Bergner's bag with assorted camera cords;

(dd) One (1) Wide Angle Board Camera, Serial No. A00436160;

(ee) One (1) silver 2.4 gigahertz Transmitter, Serial No. 2401016501;

(ff) One (1) silver 2.4 gigahertz Transmitter, Serial No. unknown;

(gg) One (1) Hitron Board Camera;

(hh) One (1) unknown concealed board camera in black electrical tape;

(ii) One (1) black board camera with RCA connections;

(jj) One (1) wide angle camera with wires;

(kk) One (1) black board camera;

(ll) One (1) gray board camera with wires;

(mm) One (1) black board camera concealed in painted black foam;

(nn) One (1) silver board camera with wires;

(oo) One (1) board camera concealed in a sock; and

(pp) One (1) black board camera with tape residue.

5. The following items will not be forfeited but will be held as evidence during the pendency of this case, including any time for appeal and habeas filings:

(a) One (1) gray LG Flip Phone with the number 217-649-4769;

(e) One (1) black Western Digital My Passport External Hard Drive with universal serial bus 3.0 cable, Serial No. WXE1AC0R6201;

(h) One (1) black and orange DV90 Mini Digital Recorder;

(i) One (1) black and orange DV90 Mini Digital Recorder with black tape

around the body and universal serial bus cord;

(j)     One (1) black PNY 16 GB Mico Secure Digital Card from a black and orange DV90 Mini Digital Recorder with black tape around the body;

(k)     Two (2) black PNY Micro Secure Digital Card Adapters;

(r)     One (1) black and orange DV90 Mini Digital Recorder with a 16GB Micro Secure Digital Card, no serial number; and

(t)     Assorted power cords and accessories for a DV90 Mini Digital Recorder.

ENTERED this 21st day of January, 2014

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE